# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN PETERSON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MARINA CITY CLUB CONDOMINIUM OWNERS ASSOCIATION et al,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-08194-MEMF-AGR<br><br>**ORDER GRANTING STIPULATION TO AMEND SCHEDULING ORDER [DKT. NO. 33]** |

　　　　On November 22, 2025, the parties submitted a joint stipulation (Dkt. No. 33) to amend the scheduling order to continue the following deadlines set forth in the Civil Trial Order (Dkt. No. 30). The Court, having considered the joint stipulation and finding good cause therefor, hereby GRANTS the Stipulation. Based on the proposed final pretrial conference date, the last day to hear motions is February 5, 2026 (ensuring that the first round trial filings are due at least 8 weeks after the last day to hear dispositive motions and 4 weeks prior to the FPTC). As a result, the Court amended the parties' proposed last day to hear motions to February 5, 2026.

　　　　The Court hereby continues the following deadlines as follows:

| Event | Current Date (ECF No. 30) | New Date |
|---|---|---|
| Non-expert discovery | August 11, 2025 | January 2, 2026 |
| Expert witness disclosure | August 18, 2025 | January 9, 2026 |
| Rebuttal expert disclosure | September 1, 2025 | January 23, 2026 |
| Expert discovery cutoff | September 15, 2025 | February 6, 2026 |
| Last date to Hear Motions | October 3, 2025 | February 5, 2026 |
| Settlement conference deadline | October 18, 2025 | March 13, 2026 |
| Trial Filings (1st round) | December 1, 2025 | March 23, 2026 |
| Trial Filings (2nd round) | December 15, 2025 | April 6, 2026 |
| Final Pretrial Conference | January 5, 2026 | April 27, 2026 |
| Trial | January 26, 2026 | May 18, 2026 |

**IT IS SO ORDERED.**

Dated: December 11, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

2